In the Matter of the Accounting of LAWYERS TRUST COMPANY, as Executor of and Trustee under the Will of MARY A. DEL-AMATER, Deceased, Respondent.

SARAH D. GEER et al., Appellants.

Argued January 5, 1944; decided February 24, 1944.

*Edmond B. Butler* and *Raymond D. O'Connell* for Sarah D. Geer, appellant.

*Louis H. Solomon* for Hathorne C. Geer, as general guardian of the property of Lewis D. Geer et al., infants, appellant.

*Adrian P. Burke* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.